EMILY BRYANT, Respondent, *v.* LOUIS J. ALLEN et al., Appellants.

Reported below, 54 App. Div. 500.
(Argued April 15, 1901; decided April 23, 1901.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 7, 1900, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court at Special Term and granting a new trial.

The motion was made upon the ground that the Court of Appeals is without jurisdiction to review the order of reversal herein, it being upon the facts and the law.

*Ferdinand E. M. Bullowa* for motion.

*Abram. K ling* opposed.

Motion denied, with ten dollars costs.